IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| KATHLEEN CONLIFFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:16-cv-00502-GNS |
| ) | |
| ONE ADVANTAGE, LLC ) | |
| ) | |
| ) | |
| Defendant ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Kathleen Conliffe, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of her claims against all of the Defendant. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

               */s/David W. Hemminger*
               David W. Hemminger